75 A.3d 484

Allan BOWMAN

v.

WORKERS' COMPENSATION APPEAL BOARD (HITACHI METALS AUTOMOTIVE AND ZURICH INSURANCE COMPANY).

Petition of Hitachi Metals Automotive & Zurich Insurance Company.

Supreme Court of Pennsylvania.

Sept. 18, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 18th day of September, 2013, the Petition for Allowance of Appeal is **DENIED.** Petitioner's Application for Stay and Application to Amend Petition for Allowance of Appeal are also **DENIED.**